IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA L. KLEIN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 3:09-CV-5320-BHS-KLS<br><br><br>PROPOSED ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will further evaluate all medical opinions of record and explain the weight given to each of them; further evaluate the claimant's residual functional capacity and specify the period for which it is applicable; and request updated medical opinions and take vocational expert testimony if necessary. The ALJ will also evaluate all lay witness statements of record and

either credit the same, or provide reasons germane to the witness for discounting them. The ALJ will make a new determination as to Plaintiff's disability taking all evidence into account, and issue a new decision.

DATED this 13th day of November, 2009.

BENJAMIN H. SETTLE
United States District Judge

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ DAVID J. BURDETT        WSB # 29081
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-2522
FAX: (206) 615-2531
david.burdett@ssa.gov